ABBOTT BROTHERS CO. *vs.* MAINE STEAMSHIP CO.

Androscoggin County. Decided October 2, 1913. It being impossible to ascertain from the agreed statement of facts what some of

the essential facts are, the report is discharged. Report discharged. *Newell & Skelton*, for plaintiff. *White & Carter*, for defendant.